### VIGEL v. HOPP.

Where the answer is responsive to the allegations of the complainant's bill, they must, to entitle him to relief, be sustained by the testimony of two witnesses, or of one witness corroborated by circumstances which are equivalent in weight to the testimony of another witness.

APPEAL from the Supreme Court of the District of Columbia.

The facts are sufficiently stated in the opinion of the court.

*Mr. Saul S. Henkle* for the appellant.

There was no opposing counsel.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

This is a suit in equity begun by the appellee to set aside a deed executed by her to the appellant, on the ground that the deed, though absolute on its face, was intended only as security for a debt, which has since been paid in full.   There are numerous allegations of fraud, but the whole scope and pur-

pose of the suit is to establish a trust, and get back the prop-
erty in that way.   The answer denies every allegation of fraud
and trust, and insists that the deed was intended as an absolute
conveyance, and not as security.  This is responsive to the
bill, and before the relief can be granted which is asked, these
denials must be overcome by the satisfactory testimony of two
witnesses, or of one witness corroborated by circumstances
which are equivalent in weight to another.   2 Story, Eq.,
sect. 1528.  The appellee is the only witness in support of
the bill, and the corroborating circumstances are not, in our
opinion, sufficient to overcome the answer.  It will serve no
useful purpose to enter into analysis of the testimony.

> *Decree reversed, and cause remanded with*
> *instructions to dismiss the bill.*